**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert Leo Hackett
The Hackett Law Firm
3817 Paces Ferry West, S.E.
Atlanta GA 30339-2325

**REHEARING ACTION: May 14, 2008**

**Docket Number: 07   01028-CA**

**MR. AND MRS. WADE R. GIBSON**
**VERSUS**
**DR. JOHN A. DIGIGLIA, III , ET AL.**

**Appealed from Calcasieu Parish Case No. 2000-6647**

**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Sylvia R. Cooks**
     **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mr. and Mrs. Wade R. Gibson** has this day been

     **DENIED.**

cc: John E. Bergstedt, Counsel for the Appellee